# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ALICIA L. ROBINSON,

      Petitioner,

v.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
Civil File No. 25-cv-2271 (MJD/JFD)

L.S. DAVIS, Acting Warden,

      Respondent.

Alicia L. Robinson, pro se.

Ana H. Voss and Trevor Brown, Assistant United States Attorneys, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John F. Docherty dated June 25, 2025. No objections have been filed to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge John F. Docherty dated June 25, 2025.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge John F. Docherty dated June 25, 2025 **(Doc. 6)**; and

2. Petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DISMISSED without prejudice**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 21, 2025                               s/Michael J. Davis
                                                    Michael J. Davis
                                                    United States District Court